IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---

| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| --- | --- | --- |
| vs. | : | |
| CHARLOTTE J. LOPACKI | : | NO. 10-00399-01 |

---

### ORDER

AND NOW, this         day of            , 2007, upon consideration of the Motion of CHARLOTTE J. LOPACKI, for Early Termination of Supervised Release, it is hereby ORDERED that said Motion is GRANTED.

BY THE COURT:

_____
THE HONORABLE JUAN R. SANCHEZ

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| vs. | : | |
| **CHARLOTTE J. LOPACKI** | : | NO. 10-00399-01 |

## MOTION OF CHARLOTTE J. LOPACKI FOR
## EARLY TERMINATION OF SUPERVISED RELEASE

Defendant, **Charlotte J. Lopacki**, hereby moves this Court for early termination of supervised release.

1. **Charlotte J. Lopacki**, was sentenced by this Honorable Court to a period of 3 years probation and $5,000.00, fine and agreed to forfeit approximately $450,000.00.

2. While on probation Ms. Lopacki has been a model citizen. She has paid her fine and has continued her employment at Walgreens.

3. As the Court is aware, this was Ms. Lopacki's first and only offense, and she has proven that she will never recidivize.

For these reasons, Ms. Lopacki, respectfully urges the Court to grant the Motion for early termination of supervised release.

    Respectfully Submitted,

    s/BRIAN J. MCMONAGLE, ESQUIRE
    McMonagle, Perri, McHugh & Mischak
    30 S. 15th Street, Suite 701
    Philadelphia, PA 19102
    (215) 981-0999 Fax 981-0977
    E-mail: bmcmonagle@mpmpc.com
    Attorney for Charlotte Lopacki

## CERTIFICATION OF SERVICE

BRIAN J. MCMONAGLE, ESQUIRE, hereby certifies that on the date set forth below a true and correct copy of the MOTION has been served by electronic filing upon:

**The Honorable Juan R. Sanchez**
**District Judge**
**United States Courthouse**
**601 Market Street, Room 5613**
**Philadelphia, PA 19106**

**AND**

**Frank R. Costello, Jr. Esquire**
**Assistant United States Attorney**
**Senior Litigation Counsel**
**United States Attorney Office**
**Eastern District of Pennsylvania**
**615 Chestnut Street, Suite 1250**
**Philadelphia, PA 19106**

s/BRIAN J. MCMONAGLE, ESQUIRE
BRIAN J. MCMONAGLE
Attorney for Charlotte J. Lopacki

DATED: _____